IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA ROADCLOUD | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : 13-00777 |
| THE CITY OF PHILADELPHIA and TABATHA BALDWIN ADAMS, | : |
| Defendants. | : |

FILED
JAN -6 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 6th day of Jan, 2014, upon consideration of Plaintiff's Second Amended Complaint (Doc. 14), Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 15), and Plaintiff's Response thereto (Doc. 16), it is hereby **ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

_Petrese B. Tucker_
Hon. Petrese B. Tucker, C.J.